# TEXAS COURT OF APPEALS, THIRD DISTRICT, AT AUSTIN

## NO. 03-10-00482-CV

**Larry M. Rucker, Michelle L. Rucker and Inomega Control Solutions, LLC, Appellants**

**v.**

**Lomas Escondidas Architectural Control Committee and
Ambrose Development Partners, Ltd., Appellees**

### FROM THE DISTRICT COURT OF COMAL COUNTY, 22ND JUDICIAL DISTRICT
### NO. C2007-1121A, HONORABLE CHARLES A. STEPHENS II, JUDGE PRESIDING

## M E M O R A N D U M   O P I N I O N

Appellants Larry M. Rucker, Michelle L. Rucker and Inomega Control Solutions, LLC, have informed this Court that they have settled their dispute with appellees and no longer wish to pursue this appeal. More than ten days have passed and appellees have not objected to the dismissal. We dismiss this appeal. *See* Tex. R. App. P. 42.1(a)(1).

_____

Bob Pemberton, Justice

Before Chief Justice Jones, Justices Puryear and Pemberton

Dismissed on Appellants' Motion

Filed:   October 13, 2010